FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 20 2010

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

AMBER J. THOMPSON,

　　　Plaintiff,

v.

Case No. 10-CV-123-J

CHEYENNE PERIODONTICS,

　　　Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DISMISSING THE CASE WITH PREJUDICE

This matter came before the Court by *Defendant's Motion to Dismiss* filed July 16, 2010 (Docket Entry 5). Plaintiff failed to file a timely response pursuant to Local Rule 7.1(b)(2)(A). On August 4, 2010, the Court entered its *Order Denying Defendant's Motion to Dismiss* (Docket Entry 12). In its order, the Court dismissed Plaintiff's claims with leave to amend her complaint, granting Plaintiff fourteen days to file an amended complaint.

As the plaintiff failed to file an amended complaint, this Court thereby ORDERS that *Defendant's Motion to Dismiss* (Docket Entry 5) should be, and

is, GRANTED. It is further ORDERED that the above-captioned matter be

DISMISSED WITH PREJUDICE.

Dated this __20th__ day of August, 2010.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE